# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-765-666

**Effective date of registration:**

January 20, 2011

---

## Title

**Title of Work:** L.E.S. Cap

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 20, 2011   **Nation of 1st Publication:** United States

## Author

■   **Author:** Robert G. Lopez

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

**Year Born:** 1976

## Copyright claimant

**Copyright Claimant:** Robert G. Lopez

230 Clinton Street, New York, NY, 10002, United States

## Certification

**Name:** Robert G. Lopez

**Date:** January 20, 2011

---

**Correspondence:** Yes

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-775-922

**Effective date of registration:**

June 1, 2011

---

## Title

**Title of Work:** 537 Design

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 15, 2010    **Nation of 1st Publication:** United States

## Author

■    **Author:** Thomas Riley

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Robert G. Lopez

230 Clinton Street - #11C, New York, NY, 10002, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Robert G. Lopez

**Date:** June 1, 2011

---

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-818-626

**Effective date of
registration:**

April 21, 2012

---

## Title

**Title of Work:** "L Hand" Design

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 19, 2012     **Nation of 1st Publication:** United States

## Author

■     **Author:** Robert G Lopez

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1976

## Copyright claimant

**Copyright Claimant:** Robert G. Lopez

230 Clinton Street - #11C, New York, NY, 10002, United States

## Certification

**Name:** Robert G. Lopez

**Date:** April 21, 2012

---

# EXHIBIT F

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 2 02:21:45 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [      ] OR   Jump   to record: [      ]   **Record 26 out of 29**

TSDR   Assign Status   TTAB Status   ( *Use the "Back" button of the Internet Browser to return to TESS* )

# LOWER EAST SIDE

| | |
|---|---|
| Word Mark | LOWER EAST SIDE |
| Goods and Services | IC 025. US 022 039. G & S: Footwear. FIRST USE: 19990616. FIRST USE IN COMMERCE: 19990616 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75652553 |
| Filing Date | March 3, 1999 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | November 30, 1999 |
| Registration Number | 2416437 |
| International Registration Number | 1220106 |
| Registration Date | December 26, 2000 |
| Owner | (REGISTRANT) PAYLESS SHOESOURCE WORLDWIDE, INC. CORPORATION KANSAS Jayhawk Towers 700 SW Jackson Topeka KANSAS 66603 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | ROBERT CARROLL |
| Prior Registrations | 1795922 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110108. |
| Renewal | 1ST RENEWAL 20110108 |

# EXHIBIT G

Lower East Side T-Shirts & Shirt Designs | Zazzle

(https://www.zazzle.com/)

Lower East Side shirts 🔍

🛒 (https://www.zazzle.com/co/cart)

Create Your Own ✎    Invitations & Cards    Clothing & Accessories    Home & Living    Ele

## Shop by Category

(https://www.zazzle.com/s/l...   (https://www.zazzle.com/s/l...   (https://www.zazzle.com/s/l...   (https://www.zazzle.com/s/l...
dp=252095125266653584)   dp=25291877909726 0160)   dp=252192288500502878)   dp=2521751848431957

---

### Showing results for "lower east side tshirts"

210 results

Refine by Category ▼    Price ▼    Fabric ▼    Feature ▼    Fit ▼    Sort by: Popular ▼

Events & Occasions ▼    Recipients ▼    Brand ▼    Add Filter +

   

(https://www.zazzle.com/low...   (https://www.zazzle.com/low...   (https://www.zazzle.com/low...   (https://www.zazzle.com/n
235883039695996192)   235223889882725143)   235546420621352905)   235010123582101484)

Lower East Side T-S…    Lower East Side T-S…    Lower East Side T-S…    New York City Water…

**$25.70**    **$20.10**    **$21.35**    **$16.75**

31% Off with code    31% Off with code    31% Off with code    31% Off with code
THIRTYONEOFF    THIRTYONEOFF    THIRTYONEOFF    THIRTYONEOFF

   

(https://www.zazzle.com/i   (https://www.zazzle.com/low...   (https://www.zazzle.com/i   (https://www.zazzle.com/lt
235460723195210021)   235884902993122012)   235088813394240857)   235879936923153358)

I left my heart in the…    Lower East Side T-S…    I (heart) Manhatten -…    Lower East Side T-S…

$18.95    $20.10    $15.90    $24.25

(https://www.zazzle.com/)

Search for products 🔍

🛒 (https://www.zazzle.com/co/cart)

Create Your Own ✎    Invitations & Cards    Clothing & Accessories    Home & Living    Ele

Clothing (https://www.zazzle.com/clothing)  ›  Women (https://www.zazzle.com/womens+clothing)  ›
T-Shirts (https://www.zazzle.com/womens+tshirts)  ›  Short-sleeved (https://www.zazzle.com/shortsleeve+womens+tshirts)
 ›  Printed

# New York Lower East Side T-Shirt

**$38.20** per shirt

Qty: 1 ▼

Add to Cart

★★★★⯪ 4.5 (600)

31% Off with code THIRTYONEOFF ends today

Order multiple sizes








Independent artist's content may not match model depicted; **RealView™** technology illustrates fit and usage only.



Designed for you
by CR8Designs (https:

Customize



**Size**
Select a size



**Style**
Women's Hanes Nano V-Neck T-Shirt



**Color**
Black



Share this:

# EXHIBIT H

Up to 40% Off T-Shirts | 20% Off Sitewide | Use Code: TURKEY20  DETAILS



Search your interests                                          Search

Interests: Travel > States > New York > New York City > Manhattan > LES T-Shirt  |
Products: Gifts > Clothing > Men's Clothing > T-Shirts > Classic T-Shirts > Mens Classic White T-Shirts

# LES



Sign up now a

## 25% C

See Details

  enter email



No thanks, I'm read

# EXHIBIT I

ROBERT G. LOPEZ
D/B/A L.E.S. CLOTHING CO.
230 CLINTON STREET   11C
NEW YORK, NEW YORK 10002


April 14, 2011


*VIA FACSIMILE AND*
*EMAIL COPY*

Ms. Lindsay Moore
Intellectual Property Rights Agent
CafePress.com
1850 Gateway Drive
Suite 300
San Mateo, California 94404

### Re: Trademark Infringement Concerns

Dear Ms. Moore:

For many years, I have been operating an independent Clothing company under the name L.E.S. Clothing Co. that sells t-shirts, hooded sweatshirts and various other clothing items under the marks **LOWER EAST SIDE™** and **LES NYC™.**

It has recently been brought to my attention that CafePress.com is both manufacturing and selling several t-shirt's, hooded sweatshirts and caps bearing the mark **LOWER EAST SIDE™** and/or **LES NYC™**. Some of the products I am referencing can be found on your company's website www.cafepress.com and/or www.cafepress.co.uk under the product ID Numbers: 327459422, 450298003, 12953595, 11126149, 201700249, 396888625, and 23502219.

Additionally, the product numbers listed above are not a full list of all of the infringing products sold through your website but a review of each merchants full product listing will show additional clothing items bearing my trademarks **LOWER EAST SIDE™** and **LES NYC™**.

I note that I have expended significant time, resources and finances in building the **LOWER EAST SIDE™** brand and I sell and promote my **LOWER EAST SIDE™** clothing items online via my website www.lesclothing.com and www.facebook.com/lesclothing.

Moreover, I am the owner of New York State Trademark Registration No. R31067 for the mark **LOWER EAST SIDE™** (copy enclosed) and also have common law rights in such

*Ms. Lindsay Moore*
*April 14, 2011*
*Page 3*

mark by virtue of using and selling clothing in various states under the **LOWER EAST SIDE**™ mark. Additionally, I also am the owner of New York State Trademark Registration No. R31259 for the mark **LES NYC**™, and have been using the above-referenced marks since at least as early as December of 1999 in conjunction with "clothing, namely; t-shirts, hooded sweatshirts, and caps." I also note that I have sought copyright protection for my **LOWER EAST SIDE**™ artwork, designs and product order forms and do currently hold copyright registrations for some works that incorporate **LOWER EAST SIDE**™ artwork.

Your companies use, manufacture and sale of similar goods bearing an identical mark constitutes trademark infringement, unfair competition and trademark counterfeiting under state law and in violation of the Lanham Act, 15 U.S.C. §1114 et. seq.

Trademark ownership rights are acquired by (i) the first person or entity to use the mark in commerce, and/or (ii) the first person or entity that registers the mark. In this instance, that is I. Your subsequent (and continuing) use of any variation of the **LOWER EAST SIDE**™ mark has caused, and will continue to cause confusion as to the source of the clothing under that mark.

In view of the above, I am demanding that you immediately (i) cease-and-desist from any further use of any variation of the **LOWER EAST SIDE**™ mark, (ii) completely remove any and all **LOWER EAST SIDE**™ clothing items from your company website (iii) provide us with a complete listing of your current inventory of **LOWER EAST SIDE**™ t-shirts, and (iv) provide us with documentation accounting for the dollar amount and number of t-shirts bearing **LOWER EAST SIDE**™ that have been sold to date.

After you have complied with the above demands, we will be in a position to negotiate a settlement for any past infringement. If you do not comply with my demands, I will be left with no alternative but to initiate litigation to protect my intellectual property rights.

For your information, I have already enforced my ownership rights in the **LOWER EAST SIDE**™ mark against Payless Shoesource Worldwide, Inc.; J. Crew International, Inc.; Aeropostale, Inc., PrintMojo, LLC and several other parties who have utilized my trademark on clothing. I am giving CafePress.com an opportunity to take immediate corrective action to eliminate the possibility of being named as a defendant in a federal trademark infringement action.

I invite you to contact me to determine if a resolution to this dispute can be achieved. I would expect to hear from a representative of Cafepress.com no later than **April 22, 2011**.

*Ms. Lindsay Moore*
*April 14, 2011*
*Page 3*

Very truly yours,
L.E.S. CLOTHING CO.

Robert G. Lopez

Enclosures

# EXHIBIT J



# EXHIBIT K

(/)



# Lower East Side Preparatory H S
# Panther

Shop Now (/school/new-york/new-york/lower-east-side-preparatory-h-s/products)

**Top Categories:**    T-Shirts (/school/new-york/new-york/lower-east-side-preparatory-h-s/t-shirts)
Sweatshirts (/school/new-york/new-york/lower-east-side-preparatory-h-s/sweatshirts)
Jerseys (/school/new-york/new-york/lower-east-side-preparatory-h-s/jerseys)
Hats (/school/new-york/new-york/lower-east-side-preparatory-h-s/hats)
Polos (/school/new-york/new-york/lower-east-side-preparatory-h-s/polo-shirts)
Warm-Ups (/school/new-york/new-york/lower-east-side-preparatory-h-s/warm-ups)

# Popular Departments

**+** View More (/school/new-york/new-york/lower-east-side-preparatory-h-s/products)

(/school/new-york/new-york/lower-east-side-preparatory-h-s/mens)

(/school/new-york/new-york/lower-east-side-preparatory-h-s/womens)

**MENS**                   203 Items

**WOMENS**                   124 Items

(/school/new-york/new-york/lower-east-side-preparatory-h-s/kids)

(/school/new-york/new-york/lower-east-side-preparatory-h-s/accessories)

**KIDS**                   79 Items

**ACCESSORIES**                   123 Items

Case 1:17-cv-08493-LAP   Document 1-1   Filed 11/02/17   Page 21 of 48

(/school/new-york/new-york/lower-east-side-preparatory-h-s/t-shirts)

(/school/new-york/new-york/lower-east-side-preparatory-h-s/sweatshirts)

**T-SHIRTS**                          165 Items

**SWEATSHIRTS**                       68 Items

(/school/new-york/new-york/lower-east-side-preparatory-h-s/hats)

(/school/new-york/new-york/lower-east-side-preparatory-h-s/jerseys)

**HATS**                              34 Items

**JERSEYS**                           87 Items

# Newest Team Products

**+** View All New Products (/school/new-york/new-york/lower-east-side-preparatory-h-s/new)



Anvil Lightweight Tshirt 4.5 oz
**$19.95**
(/school/new-york/new-york/lower-east-side-preparatory-h-s/product-1052?design_id=143&sid=NY100022313)
2313)

Anvil Women's Lightweight Tshirt 4.5 oz
**$19.95**
(/school/new-york/new-york/lower-east-side-preparatory-h-s/product-1067?design_id=20283&sid=NY100022313)



Adult Colorblock Raglan Jersey
**$24.95**
(/school/new-york/new-york/lower-east-side-preparatory-h-s/product-1108?design_id=2577&sid=NY10002231



# EXHIBIT L



## LOWER EAST SIDE T-SHIRTS

| Men's T-Shirts | Women's T-Shirts | Kid's T-Shirts | Baby Onesies | Sweatshirts |

1 - 36 of 410 lower east side t-shirts for sale                    [1]  2  3  4  5  Next





### SUBJECTS

**Lower East Side**

Clear Selection

⌄ View All Subjects

**PRODUCTS** ✖

Tshirts ⌄

**TAGS** ✖

Lower E... ⌄

**SORT**

All ⌄

**MEDIUM**

All ⌄

**SIZE & SHAPE**

All ⌄

**COLLECTIONS**

All ⌄

**COLORS**

All ⌄

### TAGS

lower east side
usa
manhattan
new york city
street
nyc
color image
horizontal
city
night
urban
evening
traffic
travel
bowery
streets
lights
past
historical
night sky
light
the bowery
rail
railroad
trains

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-765-666

**Effective date of
registration:**

January 20, 2011

---

## Title

**Title of Work:** L.E.S. Cap

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 20, 2011      **Nation of 1st Publication:** United States

## Author

**Author:** Robert G. Lopez

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

**Year Born:** 1976

## Copyright claimant

**Copyright Claimant:** Robert G. Lopez

230 Clinton Street, New York, NY, 10002, United States

## Certification

**Name:** Robert G. Lopez

**Date:** January 20, 2011

---

**Correspondence:** Yes

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-775-922

**Effective date of
registration:**

June 1, 2011

## Title

**Title of Work:** 537 Design

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 15, 2010      **Nation of 1st Publication:** United States

## Author

**Author:** Thomas Riley

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Robert G. Lopez

230 Clinton Street - #11C, New York, NY, 10002, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Robert G. Lopez

**Date:** June 1, 2011

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-818-626

**Effective date of
registration:**

April 21, 2012

---

## Title
         **Title of Work:** "L Hand" Design

## Completion/Publication
     **Year of Completion:** 2012

   **Date of 1st Publication:** April 19, 2012      **Nation of 1st Publication:** United States

## Author
            **Author:** Robert G Lopez

     **Author Created:** photograph(s)

  **Work made for hire:** No

        **Citizen of:** United States      **Domiciled in:** United States

      **Year Born:** 1976

## Copyright claimant
   **Copyright Claimant:** Robert G. Lopez

                230 Clinton Street - #11C, New York, NY, 10002, United States

## Certification
         **Name:** Robert G. Lopez

          **Date:** April 21, 2012

---

# EXHIBIT F

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 2 02:21:45 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 26 out of 29**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# LOWER EAST SIDE

| | |
|---|---|
| **Word Mark** | LOWER EAST SIDE |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear. FIRST USE: 19990616. FIRST USE IN COMMERCE: 19990616 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75652553 |
| **Filing Date** | March 3, 1999 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | 2416437 |
| **International Registration Number** | 1220106 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) PAYLESS SHOESOURCE WORLDWIDE, INC. CORPORATION KANSAS Jayhawk Towers 700 SW Jackson Topeka KANSAS 66603 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ROBERT CARROLL |
| **Prior Registrations** | 1795922 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110108. |
| **Renewal** | 1ST RENEWAL 20110108 |

# EXHIBIT G

Lower East Side T-Shirts & Shirt Designs | Zazzle

Page 1 of 3

(https://www.zazzle.com/)

Lower East Side shirts 🔍

🛒 (https://www.zazzle.com/co/cart)

Create Your Own ✎    Invitations & Cards    Clothing & Accessories    Home & Living    Ele

## Shop by Category

(https://www.zazzle.com/s/lowter-east-side-tshirts/ort-shirts/s/lowter-east-side-tshirts/shirts-t/s/lowter-east-side-tshirts/s/lowter-east-side-lown
dp=252095125266653584)dp=252918779097260160)dp=252192288500502878)dp=2521751848431957

## Showing results for "lower east side tshirts"

210 results

Refine by Category ▾    Price ▾    Fabric ▾    Feature ▾    Fit ▾         Sort by:    Popular ▾

Events & Occasions ▾    Recipients ▾    Brand ▾    Add Filter +

   

(https://www.zazzle.com/low(https://www.zazzle.com/low(https://www.zazzle.com/low(https://www.zazzle.com/n
235883039695996192)     235223889882725143)     235546420621352905)     235010123582101484)

Lower East Side T-S...     Lower East Side T-S...     Lower East Side T-S...     New York City Water...

**$25.70**              **$20.10**              **$21.35**              **$16.75**

31% Off with code       31% Off with code       31% Off with code       31% Off with code
THIRTYONEOFF            THIRTYONEOFF            THIRTYONEOFF            THIRTYONEOFF

   

(https://www.zazzle.com/i(https://www.zazzle.com/low(https://www.zazzle.com/i(https://www.zazzle.com/lt
235460723195210021)     235884902993122012)     235088813394240857)     235879936923153358)

I left my heart in the...     Lower East Side T-S...     I (heart) Manhatten -...     Lower East Side T-S...

**$18.95**              **$20.10**              **$15.90**              **$24.25**

New York Lower East Side T-Shirt | Zazzle.com                    Page 1 of 6

(https://www.zazzle.com/)

Search for products    🔍    🛒 (https://www.zazzle.com/co/cart)

Create Your Own ✎    Invitations & Cards    Clothing & Accessories    Home & Living    Ele

Clothing (https://www.zazzle.com/clothing) > Women (https://www.zazzle.com/womens+clothing) >
T-Shirts (https://www.zazzle.com/womens+tshirts) > Short-sleeved (https://www.zazzle.com/shortsleeve+womens+tshirts)
> Printed

# New York Lower East Side T-Shirt

$38.20
per shirt

★★★★⯪ 4.5 (600)

31% Off with code THIRTYONEOFF
ends today

Qty:  1  ▾

Order multiple sizes

Add to Cart







Independent artist's content may not match model depicted;
**RealView™** technology illustrates fit and usage only.



Designed for you
by CR8Designs (https:,

Customize


**Size**
Select a size


**Style**
Women's Hanes Nano V-Neck
T-Shirt


**Color**
Black



Share this:

# EXHIBIT H

LES White T-Shirt LES T-Shirt | CafePress.com

Up to 40% Off T-Shirts | 20% Off Sitewide | Use Code: TURKEY20   DETAILS



Search your interests

Search

Interests: Travel > States > New York > New York City > Manhattan > LES T-Shirt   |
Products: Gifts > Clothing > Men's Clothing > T-Shirts > Classic T-Shirts > Mens Classic White T-Shirts

# LES



Sign up now ai

## 25% C

See Details

   enter email 

No thanks, I'm read

# EXHIBIT I

ROBERT G. LOPEZ
D/B/A L.E.S. CLOTHING CO.
230 CLINTON STREET    11C
NEW YORK, NEW YORK 10002

April 14, 2011

*VIA FACSIMILE AND*
*EMAIL COPY*

Ms. Lindsay Moore
Intellectual Property Rights Agent
CafePress.com
1850 Gateway Drive
Suite 300
San Mateo, California 94404

Re: **Trademark Infringement Concerns**

Dear Ms. Moore:

For many years, I have been operating an independent Clothing company under the name L.E.S. Clothing Co. that sells t-shirts, hooded sweatshirts and various other clothing items under the marks **LOWER EAST SIDE™** and **LES NYC™**.

It has recently been brought to my attention that CafePress.com is both manufacturing and selling several t-shirt's, hooded sweatshirts and caps bearing the mark **LOWER EAST SIDE™** and/or **LES NYC™**. Some of the products I am referencing can be found on your company's website www.cafepress.com and/or www.cafepress.co.uk under the product ID Numbers: 327459422, 450298003, 12953595, 11126149, 201700249, 396888625, and 23502219.

Additionally, the product numbers listed above are not a full list of all of the infringing products sold through your website but a review of each merchants full product listing will show additional clothing items bearing my trademarks **LOWER EAST SIDE™** and **LES NYC™**.

I note that I have expended significant time, resources and finances in building the **LOWER EAST SIDE™** brand and I sell and promote my **LOWER EAST SIDE™** clothing items online via my website www.lesclothing.com and www.facebook.com/lesclothing.

Moreover, I am the owner of New York State Trademark Registration No. R31067 for the mark **LOWER EAST SIDE™** (copy enclosed) and also have common law rights in such

Ms. Lindsay Moore
April 14, 2011
Page 3

mark by virtue of using and selling clothing in various states under the **LOWER EAST SIDE**™ mark. Additionally, I also am the owner of New York State Trademark Registration No. R31259 for the mark **LES NYC**™, and have been using the above-referenced marks since at least as early as December of 1999 in conjunction with "clothing, namely: t-shirts, hooded sweatshirts, and caps." I also note that I have sought copyright protection for my **LOWER EAST SIDE**™ artwork, designs and product order forms and do currently hold copyright registrations for some works that incorporate **LOWER EAST SIDE**™ artwork.

Your companies use, manufacture and sale of similar goods bearing an identical mark constitutes trademark infringement, unfair competition and trademark counterfeiting under state law and in violation of the Lanham Act, 15 U.S.C. §1114 et. seq.

Trademark ownership rights are acquired by (i) the first person or entity to use the mark in commerce, and/or (ii) the first person or entity that registers the mark. In this instance, that is I. Your subsequent (and continuing) use of any variation of the **LOWER EAST SIDE**™ mark has caused, and will continue to cause confusion as to the source of the clothing under that mark.

In view of the above, I am demanding that you immediately (i) cease-and-desist from any further use of any variation of the **LOWER EAST SIDE**™ mark, (ii) completely remove any and all **LOWER EAST SIDE**™ clothing items from your company website (iii) provide us with a complete listing of your current inventory of **LOWER EAST SIDE**™ t-shirts, and (iv) provide us with documentation accounting for the dollar amount and number of t-shirts bearing **LOWER EAST SIDE**™ that have been sold to date.

After you have complied with the above demands, we will be in a position to negotiate a settlement for any past infringement. If you do not comply with my demands, I will be left with no alternative but to initiate litigation to protect my intellectual property rights.

For your information, I have already enforced my ownership rights in the **LOWER EAST SIDE**™ mark against Payless Shoesource Worldwide, Inc.; J. Crew International, Inc.; Aeropostale, Inc., PrintMojo, LLC and several other parties who have utilized my trademark on clothing. I am giving CafePress.com an opportunity to take immediate corrective action to eliminate the possibility of being named as a defendant in a federal trademark infringement action.

I invite you to contact me to determine if a resolution to this dispute can be achieved. I would expect to hear from a representative of Cafepress.com no later than **April 22, 2011**.

*Ms. Lindsay Moore*
*April 14, 2011*
*Page 3*

Very truly yours,

**L.E.S. CLOTHING CO.**

Robert G. Lopez

Enclosures

# EXHIBIT J

Lower East Side Snap-Back

Page 1 of 3



# EXHIBIT K

Lower East Side Preparatory H S Custom Apparel and Merchandise · SpiritShop.com          Page 1 of 5



(/)

## Lower East Side Preparatory H S
## Panther

Shop Now (/school/new-york/new-york/lower-east-side-preparatory-h-s/products)

**Top Categories:**    T-Shirts (/school/new-york/new-york/lower-east-side-preparatory-h-s/t-shirts)
Sweatshirts (/school/new-york/new-york/lower-east-side-preparatory-h-s/sweatshirts)
Jerseys (/school/new-york/new-york/lower-east-side-preparatory-h-s/jerseys)
Hats (/school/new-york/new-york/lower-east-side-preparatory-h-s/hats)
Polos (/school/new-york/new-york/lower-east-side-preparatory-h-s/polo-shirts)
Warm-Ups (/school/new-york/new-york/lower-east-side-preparatory-h-s/warm-ups)

# Popular Departments

**+ View More (/school/new-york/new-york/lower-east-side-preparatory-h-s/products)**

(/school/new-york/new-york/lower-east-side-preparatory-h-s/mens)

(/school/new-york/new-york/lower-east-side-preparatory-h-s/womens)

**MENS**          203 Items

**WOMENS**          124 Items

(/school/new-york/new-york/lower-east-side-preparatory-h-s/kids)

(/school/new-york/new-york/lower-east-side-preparatory-h-s/accessories)

**KIDS**          79 Items

**ACCESSORIES**          123 Items

Lower East Side Preparatory H S Custom Apparel and Merchandise - SpiritShop.com    Page 2 of 5

(/school/new-york/new-york/lower-east-side-preparatory-h-s/t-shirts)

(/school/new-york/new-york/lower-east-side-preparatory-h-s/sweatshirts)

## T-SHIRTS                165 Items

(/school/new-york/new-york/lower-east-side-preparatory-h-s/hats)

## SWEATSHIRTS              68 Items

(/school/new-york/new-york/lower-east-side-preparatory-h-s/jerseys)

## HATS                      34 Items

## JERSEYS                   87 Items

# Newest Team Products

**+** View All New Products (/school/new-york/new-york/lower-east-side-preparatory-h-s/new)



Anvil Lightweight Tshirt 4.5 oz
**$19.95**
(/school/new-york/new-york/lower-east-side-preparatory-h-s/product-1052?design_id=143&sid=NY100022313)
?313)



Anvil Women's Lightweight Tshirt 4.5 oz
**$19.95**
(/school/new-york/new-york/lower-east-side-preparatory-h-s/product-1067?design_id=20283&sid=NY100022313)

Adult Colorblock Raglan Jersey
**$24.95**
(/school/new-york/new-york/lower-east-side-preparatory-h-s/product-1108?design_id=2577&sid=NY10002231



# EXHIBIT L

Lower East Side T-Shirts )Fine Art America



LOWER EAST SIDE T-SHIRTS

| Men's T-Shirts | Women's T-Shirts | Kid's T-Shirts | Baby Onesies | Sweatshirts |

1 - 36 of 410 lower east side t-shirts for sale

[1] 2 3 4 5 Next

**SUBJECTS**

Lower East Side

Clear Selection

∨ View All Subjects

**PRODUCTS** ✖

Tshirts ∨

**TAGS** ✖

Lower E... ∨

**SORT**

All ∨

**MEDIUM**

All ∨

**SIZE & SHAPE**

All ∨

**COLLECTIONS**

All ∨

**COLORS**

All ∨

**TAGS**

lower east side
usa
manhattan
new york city
street
nyc
color image
horizontal
city
night
urban
evening
traffic
travel
bowery
streets
lights
past
historical
night sky
light
the bowery
rail
railroad
trains

.../shop/tshirts/lower+east+side