JUDGE PRESKA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
Robert G. Lopez )
)
)
_____ )
*Plaintiff(s)* )
v. )
)
Zazzle, Inc., Cafepress, Inc., Etsy, Inc., Spirit Shop, )
Inc., Spreadshirt, Inc., Sean T. Broihier d/b/a Fine Art )
America, Fastly, Inc., Verizon Business Network )
Services, Inc. Microsoft Corporation,& Hostway Corp. )
_____ )
*Defendant(s)* )

Civil Action No.

**17 CV 8493**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Verizon Business Network Services, Inc.
One Verizon Way
Baking Ridge, New Jersey 07920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert G. Lopez - Pro Se
230 Clinton Street - Apt. #11C
New York, NY 10002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: _NOV 0 2 2017_          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Verizon Business Network Services Inc.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Elena Bou CT Corporation , who is
designated by law to accept service of process on behalf of *(name of organization)* Verizon Business
Network Services Inc. on *(date)* 11/9/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 40 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/9/2017

*Catherine Fandino*
Server's signature

Catherine Fandino
Printed name and title


65 Jefferson St #9E NY NY 10002
Server's address

Additional information regarding attempted service, etc: