AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Robert G. Lopez <br><br> *Plaintiff(s)* <br> v. <br> Zazzle, Inc., Cafepress, Inc., Etsy, Inc., Spirit Shop, Inc., Spreadshirt, Inc., Sean T. Broihier d/b/a Fine Art America, Fastly, Inc., Verizon Business Network Services, Inc. Microsoft Corporation,& Hostway Corp. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **17 CV 8493** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hostway Corporation
100 N. Riverside - 8th Floor
Chicago, Illinois 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert G. Lopez - Pro Se
230 Clinton Street - Apt. #11C
New York, NY 10002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: NOV 0 2 2017

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of Southern** | **Court** |

Index Number: 17CV8493
Date Filed: _____

Plaintiff:
**Robert G. Lopez, an individual,**

vs.

Defendant:
**Zazzle, Inc., Cafepress, Inc., Etsy, Inc., Spirit Shop, Inc., Spreadshirt, Inc., Sean T. Broihier D/B/A Fine Art America, Fastly, Inc., Verizon Business Network Services, Inc. Microsoft Corporation, and Hostway Corporation**

For:
Robert Lopez
230 Clinton Street
Apt #11C
New York, NY 10002

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 7th day of November, 2017 at 3:20 pm to be served on **Hostaway Corporation c/o Illinois Corporation Service Company; as registered agent, 801 Adlai Stevenson Drive, Springfield, IL 62703.**

I, Michael Lauterbach, being duly sworn, depose and say that on the **8th day of November, 2017** at **12:12 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action; Complaint For Trademark Infringement, Copyright Infringement, Unfair Competition and Related Claims; and Exhibits A-L** with the date and hour of service endorsed thereon by me, to: **LaShawn DeVos** as **Operational Specialist** for **Hostaway Corporation**, at the address of: **801 Adlai Stevenson Drive, Springfield, IL 62703**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 180, Hair: Blonde, Glasses: Y

## AFFIDAVIT OF SERVICE For 17CV8493

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the 9-th day of November, 2017 by the affiant who is personally known to me.

_Kari J. Lauterbach_
NOTARY PUBLIC

**OFFICIAL SEAL**
**KARI J. LAUTERBACH**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07-23-2019

Michael Lauterbach
129-403379

Clutter Investigations Inc. DBA Courthouse Courier
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: CLU-2017002397

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e