IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17 CV 8493 (LAP) |
| | ) |
| BONANZA.COM, INC., | ) JURY TRIAL DEMANDED |
| YELLOW RAT BASTARD YRB NYC, INC. | ) |
| ETSY, INC., | ) |
| SPIRIT FUND, LLC, | ) |
| MYLOCKER.COM, LLC | ) |
| ROBERT HAKE, | ) |
| SPREADSHIRT. INC., | ) |
| PIXELS.COM, LLC D/B/A Fine Art America and www.fineartamerica.com, | ) |
| SEAN T. BROIHIER, | ) |
| DIGITAL FORTRESS, INC. | ) |
| MICROSOFT CORPORATION, | ) |
| HOSTWAY CORPORATION, | ) |
| SHOPIFY (USA) INC., | ) |
| GODADDY.COM, LLC, | ) |
| AMAZON.COM, LLC, | ) |
| FOOT LOCKER STORES, INC., | ) |
| BRAIN BUSTER ENTERPRISES, LLC, | ) |
| AKAMAI TECHNOLOGIES, INC., | ) |
| ACQUIA INC., | ) |
| PHILIP PLEIN AMERICAS, INC., | ) |
| EAST COAST MMA NY, LLC, | ) |
| THE CAST NEW YORK, LTD., | ) |
| CHUCK GUARINO, | ) |
| ELISA MALDONADO, | ) |
| SCUMBAGS AND SUPERSTARS, LLC, | ) |
| TIERPOINT, LLC, | ) |
| LES STRONG NYC, INC., | ) |
| L.E.S. FORSYTH FAMILY REUNION CORP., | ) |
| STEVE-IKE REALTY CORP., | ) |
| LAURA SUMAMPOW LOPEZ, | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/18

John Doe 1 d/b/a vinefreshtees.com )
John Doe 2 d/b/a promoteeshirt.com, )
John Doe 3 d/b/a tocotshirt.com, and )
DOES 4-10 )
)
                **Defendants.** )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Spreadshirt, Inc. and without Court cost or fees to any party against the other.

Pursuant to a negotiated settlement agreement executed by Plaintiff and Defendant Spreadshirt, Inc., all claims by Plaintiff Robert G. Lopez against Defendant Spreadshirt, Inc. which are the subject of this action and alleged in the Third Amended Complaint are hereby settled in full.

The case shall remain against the other named Defendants to the above action.

Dated: March 28, 2018

**ROBERT G. LOPEZ**

By: _____

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698

SO ORDERED:

_____
U.S.D.J.

2