

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

**Zachary J. Alinder**
zalinder@sideman.com
(415) 733-3952

August 8, 2018

<u>**VIA ECF**</u>

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Lopez v. Bonanza.com, Inc.*, Case No. 17-cv-8493 (LAP)

Dear Judge Preska:

   We represent Defendant Shopify (USA) Inc. ("Shopify USA"), specially appearing, in the above-captioned Action.  We write pursuant to Your Honor's July 30, 2018 Order (ECF No. 246), to respectfully renew Shopify USA's Motion to Dismiss Plaintiff's Fourth Amended Complaint (ECF No. 224) pursuant to Fed. R. Civ. Proc. Rules 12(b)(2), 12(b)(3), and 12(b)(6), including Shopify USA's Memorandum of Law in Support, and the additional Declarations and other pleadings filed in support of the Motion (ECF Nos. 228-232).  Please note that Shopify USA's Motion to Dismiss and all supporting papers were previously served on Plaintiff by email and federal express on July 20, 2018 (ECF No. 232).

   Consistent with the notice of renewed motion above, we further hereby respectfully amend Shopify USA's Notice of Motion to provide that Plaintiff's opposition shall now be due to be filed and served on or before <u>August 22, 2018</u>, and that Shopify USA's reply shall now be due to be filed and served on or before <u>August 29, 2018</u>.

        Respectfully submitted,

        /s/ Zachary J. Alinder
        Zachary J. Alinder (admitted *pro hac vice*)
        SIDEMAN & BANCROFT LLP
        Attorneys *Specially Appearing* for
        Defendant SHOPIFY (USA) INC.

cc:   All Counsel of Record (via ECF)
   Plaintiff Robert G. Lopez, *pro se* (via email and federal express)