IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
ROBERT G. LOPEZ,

        Plaintiff,           17-CV-8493

        -v-                **NOTICE OF MOTION**

BONANZA.COM, INC. et al,

        Defendants.
---------------------------------x

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law, Wilson Elser Moskowitz Edelman & Dicker LLP, attorneys for Defendant BONANZA.COM, INC., as supported by all pleadings and proceedings had heretofore herein, hereby moves this Court, before the Hon. Loretta A. Preska at the United States District Court, 500 Pearl St., New York, NY 10007, for an order pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings dismissing Plaintiff's Complaint, in its entirety, together with such further and other relief as this Court may deem just.

Dated:    New York, New York
            October 3, 2018

                                                Respectfully submitted,

                                                **WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER, LLP**

                        By:   _____
                                   Jura C. Zibas
                                   Stephen J. Barrett
                                   150 East 42nd Street
                                   New York, New York 10017-5639
                                   (212) 490-3000
                                   Jura.Zibas@wilsonelser.com
                                   Stephen.Barrett@wilsonelser.com
                                   File No. 12742.00035