

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

**Zachary J. Alinder**
zalinder@sideman.com
(415) 733-3952

February 5, 2019

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Lopez v. Zazzle, Inc.</u>, Case No. 1:17-cv-08493-LAP

Dear Judge Preska:

    We represent Defendant Shopify (USA) Inc. ("Shopify USA"), specially appearing, in the above-captioned Action.  We write to request that the Court terminate Shopify USA's Motion to Dismiss the Third Amended Complaint (Dkt. No. 114) as moot in light of Shopify USA's later-filed Motion to Dismiss the Fourth Amended Complaint (Dkt. No. 228; *see also* Dkt Nos. 229-232 & Dkt No. 248), which is currently pending before the Court.

                                  Respectfully submitted,

                                    /s/ Zachary J. Alinder
                                Zachary J. Alinder (Admitted *Pro Hac Vice*)
                                SIDEMAN & BANCROFT LLP
                                Attorneys *Specially Appearing* for
                                Defendant SHOPIFY (USA) INC.

cc:    All Counsel of Record (via ECF)
        Plaintiff Robert G. Lopez, *pro se* (via email and U.S. Mail)

9807-2\3888512

## **CERTIFICATE OF SERVICE**

I, Zachary J. Alinder, hereby certify that, on February 5, 2019, I caused the foregoing document to be served on all counsel of record via the Court's CM/ECF system, and to Plaintiff Robert G. Lopez, *pro se*, via U.S. mail at 230 Clinton Street, Apt. #11C, New York, New York, 10002, (917) 868-1698, with a copy via email to lesclothing@gmail.com.

Respectfully submitted,

DATED: February 6, 2019

        By:  /s/ Zachary J. Alinder
              Zachary J. Alinder (Admitted *Pro Hac Vice*)

              SIDEMAN & BANCROFT LLP
              One Embarcadero Center, Twenty-Second Floor
              San Francisco, California 94111-3711
              Telephone:   (415) 392-1960
              Facsimile:    (415) 392-0827
              Email: zalinder@sideman.com

              *Attorneys Specially Appearing for Defendant Shopify (USA) Inc.*