UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
ROBERT G. LOPEZ,                    :
                                    :
        Plaintiff,                 :    17 Cv. 8493 (LAP)
                                    :
  -against-                        :
                                    :    ORDER
                                    :
ZAZZLE, INC., ET AL.,               :
                                    :
        Defendant.                 :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    In order to consider all motions to dismiss at the same time, the following motions are denied as premature: GoDaddy [dkt. no. 224]; Shopify USA [dkt. no. 228]; Microsoft [dkt. no. 236]; Broihier [dkt. no. 242]; Pixels [dkt. no. 244]; and Hostway [dkt. no. 261].  Those motions will be restored to the calendar when the motions filed by Defendants Sumampow Lopez, LES Strong, Poshmark, Express Fashion, and Bonanza have concluded their briefing.

SO ORDERED.

Dated:    New York, New York
         February 26, 2019

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge